## HULLINGER TRUCKING, INC., Respondent,

v.

## RYDER FARMS, et al., Appellant.

### No. WD 49325.

Missouri Court of Appeals,
Western District.

March 7, 1995.

John L. Young, Princeton, for appellant.

Gary M. Steinman, Kansas City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

This case involves the garnishment of funds held in a jointly titled bank account. Ryder Farms, Inc., Alfred Ryder and Mary Ann Ryder, defendants, appeal from the trial court's order denying a motion to quash garnishment and denying entitlement to exemptions.

Judgment is affirmed. Rule 84.16(b).

■

## Floyd E. BILLINGTON, Appellant,

v.

## STATE of Missouri, Respondent.

### No. WD 49279.

Missouri Court of Appeals,
Western District.

March 7, 1995.

Barbara Hoppe, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

### ORDER

Floyd Billington appeals from the denial of his Rule 24.035 motion. Appellant Billington pled guilty to assault in the second degree and armed criminal action. The plea court sentenced appellant to seventeen years imprisonment.

Judgment is affirmed. Rule 84.16(b).